UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>   v.<br><br>LYLE CONWAY,<br><br>              Defendant. | CASE NO. CR14-5135BHS<br><br>ORDER |

      This matter comes before the Court on the Defendant's unopposed motion for an order continuing the pre-trial motions due date and trial date. The Court, having considered the motion and declaration filed by defense counsel and the Defendant's speedy trial waiver, makes the following findings of fact and conclusions of law:

      1. Defense counsel recently provided the government with additional information, including the names of witnesses that could potentially exculpate the Defendant.

      2. The defense needs additional time to explore all relevant issues and defenses applicable to the case, which would make it unreasonable to expect adequate preparation for pretrial proceedings or for trial itself within the time limits established by the Speedy Trial Act and currently set for this case. 18 U.S.C. § 3161(h)(7)(B)(ii).

ORDER - 1

3. Taking into account the exercise of due diligence, a continuance is necessary to allow the defendant the reasonable time for effective preparation his defense, to explore resolution of this case before trial and to substantially ensure continuity of defense counsel.  18 U.S.C. § 3161(h)(7)(B)(iv).

4. Proceeding to trial absent adequate time for the defense to prepare would result in a miscarriage of justice.  18 U.S.C. §3161(h)(7)(B)(i).

5. The ends of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A) and (B).

6. Defendant waived speedy trial through January 30, 2015.

NOW, THEREFORE, IT IS HEREBY ORDERED

That the trial date is continued from September 2, 2014, to December 9, 2014, at 9:00 a.m.  Pretrial Conference is set for December 1, 2014, at 1:30 p.m.  Pretrial motions are due by October 28, 2014.  The resulting period of delay from July 24, 2014, to December 9, 2014, is hereby excluded for speedy trial purposes under 18 U.S.C. § 3161(h)(7)(A) and (B)

Dated this 11th day of August, 2014.

BENJAMIN H. SETTLE
United States District Judge