UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                          Plaintiff,<br><br>vs.<br><br>LYLE SHAWN CONWAY,<br><br>                          Defendant. | NO.:  CR14-5135 BHS<br><br>ORDER TO SEAL DEFENDANT'S<br>SENTENCING  MEMORANDUM |

Having read the Defendant's Sentencing Memorandum in the above-captioned cause, which was filed under seal, and the Defendant's Motion to Seal requesting that the Defendant's Sentencing Memorandum be allowed to remain under seal,

IT IS HEREBY ORDERED that the Defendant's Sentencing Memorandum in this matter shall remain sealed.

DATED this 15th day of January, 2015.

_____
BENJAMIN H. SETTLE
United States District Judge

Presented by:

By: /s/Michael Schwartz
     MICHAEL E. SCHWARTZ, #21824
     Attorney for Defendant

THE LAW OFFICE OF
MICHAEL E. SCHWARTZ, INC.
524 TACOMA AVENUE SOUTH
TACOMA, WA 98402
_____
TEL. (253) 272-7161